# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Electronic devices seized on October 27th, ) | |
| 2018 and October 28th, 2018 and currently ) | Case No. 1:18-mj-416 |
| in possession of the DEA ) | |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court.

The record reflects that the Search Warrant was returned executed on February 28, 2019. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until June 28, 2019, at which time this matter shall be unsealed without further order of the court.

Dated this 30th day of April, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court